# UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

In re    Michael J Lafisca                    Case No.   2:21-bk-20122

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC | Lakeview Loan Servicing, LLC as serviced by LoanCare, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Court Claim # (if known):   15-1
Amount of Claim:   $280,043.99
Date Claim Filed:   03/08/2021

Phone:   866-709-3400
Last Four Digits of Acct #    7837

Phone:
Last Four Digits of Acct #    0210

Name and Address where transferee payments should be sent (if different from above):
**Community Loan Servicing, LLC**
**Attn: Cashiering Dept.**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**
Phone:   866-709-3400
Last Four Digits of Acct #:   7837

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Linda  St. Pierre                    Date:   12/16/2021
        Authorized Agent for Transferee

Penalty for making a false statement:   Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571

COMMUNITY LOAN SERVICING, LLC PROVIDES A DEDICATED TEAM AND TOLL-FREE NUMBER (855-657-7531) TO BETTER ASSIST CHAPTER 13 TRUSTEES WITH ANY QUESTIONS OR TO CONTACT COMMUNITY LOAN SERVICING, LLC.

In Re:  
    Michael J Lafisca

Bankruptcy Case No.:   2:21-bk-20122

Chapter:   13

Judge:   Carlota M. Bohm

# CERTIFICATE OF SERVICE

I, Linda St. Pierre, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Michael J Lafisca  
400 Cedar Dr  
Elizabeth, Pa 15037

Lawrence W. Willis                           (*served via ECF Notification*)  
201 Penn Center Blvd  
Pittsburgh, Pa 15235

Ronda J. Winnecour, Trustee             (*served via ECF Notification*)  
Suite 3250, Usx Tower  
600 Grant Street  
Pittsburgh, Pa 15219

United States Trustee                        (*served via ECF Notification*)  
Office of the United States Trustee  
Liberty Center  
1001 Liberty Avenue, Ste 970  
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  12/16/2021      By:  */s/Linda St. Pierre*  
               (date)                     Linda St. Pierre  
                                          Authorized Agent for Transferee