# Notice Recipients

District/Off: 0315−2      User: dkam      Date Created: 12/17/2021
Case: 21−20122−CMB      Form ID: trc      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15347341     LoanCare, LLC     3637 Sentara Way     Virginia Beach, VA 23452

TOTAL: 1