**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 21-20122-CMB |
| | : | |
| Michael J. Lafisca, | : | Chapter 13 |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **June 3, 2022,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**Downing Wellhead Equipment**
**2601 NW Expressway**
**Suite 900 East**
**Ohlahoma City, OK 73122**
**Attention: Payroll Administrator**

**Michael J. Lafisca**
**400 Cedar Drive**
**Elizabeth, PA 15037**


Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.


Executed on: June 4, 2022

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com