**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MICHAEL J LAFISCA                                  Case No. 21-20122CMB

           Debtor(s)
RONDA J. WINNECOUR,                                Chapter 13
Standing Chapter 13 Trustee,
         Movant
          vs.                                 Document No __
LAKEVIEW LOAN SERVICING LLC

        Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 7837.

Regular mortgage payments are currently being directed to the following creditor at the following address:

LAKEVIEW LOAN SERVICING LLC
C/O COMMUNITY LOAN SERVICING LLC
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES,FL 33146

Movant has been requested to send payments to:
NATIONSTAR MORTGAGE LLC
PO BOX 619094
DALLAS, TX 75261-9741

7837

The Chapter 13 Trustee's CID Records of LAKEVIEW LOAN SERVICING LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 8/22/2022.

cc:    Debtor
Original creditor
Putative creditor
Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MICHAEL J LAFISCA, 400 CEDAR DR,
ELIZABETH, PA  15037

DEBTOR'S COUNSEL:
LAWRENCE W WILLIS ESQ, WILLIS &
ASSOCIATES, 201 PENN CENTER BLVD
STE 310, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
LAKEVIEW LOAN SERVICING LLC, C/O
COMMUNITY LOAN SERVICING LLC,
4425 PONCE DE LEON BLVD 5TH FL,
CORAL GABLES, FL  33146

ORIGINAL CREDITOR'S COUNSEL:
BROCK & SCOTT PLLC, 8757 RED OAK
BLVD, CHARLOTTE, NC  28217

NEW CREDITOR:
NATIONSTAR MORTGAGE LLC
PO BOX 619094
DALLAS, TX 75261-9741