

October 29, 2024

#BWCDMPG
#23842003# BK
US Bankruptcy Court
Western District Court of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

RE:   Michael J Lafisca
      Case #  21-20122
      Claim # 1

Dear Sir or Madam:

On January 25, 2021, Proof of Claim # 1 was filed in the amount of $5,593.14.  Please accept this letter as a formal request to withdraw Proof of Claim # 1.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI  53708-8961
Phone: 800-874-8982
Email:  GA-Bankmail@AscendiumEducation.org