# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

06/16/2025

IN RE:

| | |
|---|---|
| MICHAEL J LAFISCA | Case No.21-20122 CMB |
| 400 CEDAR DR | |
| ELIZABETH, PA 15037 | Chapter 13 |
| XXX-XX-7948          Debtor(s) | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/16/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| SYNCHRONY BANK** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  5386 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  AMAZON/PRAE | |

| MCCABE WEISBERG & CONWAY LLC | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 1420 WALNUT ST STE 1501 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19102 | COMMENT:  LAKEVIEW LN/PRAE | |

| BERNSTEIN BURKLEY PC | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| CITIZENS BANK NA | Trustee Claim Number:4   INT %:  4.00% | CRED DESC:  VEHICLE |
|---|---|---|
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:2 | ACCOUNT NO.:  7763 |
| | CLAIM:  41,958.69 | |
| JOHNSTON, RI  02919 | COMMENT:  $CL-PL@4%/PL | |

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| C/O RUSHMORE SERVICING | Court Claim Number:15 | ACCOUNT NO.:  4531 |
| PO BOX 619094 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  PMT/PL-NMPC*DKT4PMT-LMT*BGN 2/21*FR LNCR-D53*FR CLS-D73*FR RTPTH-D85 | |

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:16 | ACCOUNT NO.:  7948 |
| PO BOX 7317 | | |
| | CLAIM:  10,948.73 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $@0%/CL-PL | |

| PA DEPARTMENT OF REVENUE* | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| BANKRUPTCY DIVISION | Court Claim Number:5 | ACCOUNT NO.:  7948 |
| PO BOX 280946 | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17128-0946 | COMMENT:  1202.11@0%/PL*CL=0 | |

| ALLY FINANCIAL(*) | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PAYMENT PROCESSING CENTER* | Court Claim Number: | ACCOUNT NO.:  9875 |
| PO BOX 660618 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0618 | COMMENT:  NO$~NTC ONLY/SCH | |

| ASCENDIUM EDUCATION SOLUTIONS INC | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 809142 | Court Claim Number:1 | ACCOUNT NO.:  7948 |
| | CLAIM:  0.00 | |
| CHICAGO, IL  60680 | COMMENT:  NO$/SCH*CL 1@5593.14W/D-D90 | |

| SYNCHRONY BANK | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS(*) | Court Claim Number:4 | ACCOUNT NO.:  0138 |
| PO BOX 93024 | | |
| | CLAIM:  1,682.34 | |
| LAS VEGAS, NV  89193-3024 | COMMENT:  SYNC/PAYPAL*3526-NO$-NTC ONLY/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE\*\*** | Trustee Claim Number:11   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: SERVICE OF PROCESS DEPT \*\* 12070-700 | Court Claim Number: | ACCOUNT NO.: 3404 |
| 15000 CAPITAL ONE DR | | |
| | CLAIM: 0.00 | |
| RICHMOND, VA 23238-1119 | COMMENT: NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE** | Trustee Claim Number:12   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY PAYMENTS | Court Claim Number: | ACCOUNT NO.: 1001 |
| PO BOX 260848\* | | |
| | CLAIM: 0.00 | |
| PLANO, TX 75026-0848 | COMMENT: NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CHASE CARD SERVICES\*\*** | Trustee Claim Number:13   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 6078 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **CHASE CARD SERVICES\*\*** | Trustee Claim Number:14   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 6571 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:15   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182789 | Court Claim Number: | ACCOUNT NO.: 1616 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~BLUE NILE~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **FINANCE OF AMERICA** | Trustee Claim Number:16   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 40724 | Court Claim Number: | ACCOUNT NO.: 0645 |
| | CLAIM: 0.00 | |
| LANSING, MI 48901-7924 | COMMENT: NT ADR~NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **FIRST PREMIER BANK** | Trustee Claim Number:17   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 5114 | Court Claim Number: | ACCOUNT NO.: 7833 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NT ADR~NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **FORTIVA** | Trustee Claim Number:18   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 105555 | Court Claim Number: | ACCOUNT NO.: 3202 |
| | CLAIM: 0.00 | |
| ATLANTA, GA 30348-5555 | COMMENT: NO$~ATLANTICUS~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **HUNTINGTON NATIONAL BANK (\*)** | Trustee Claim Number:19   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number:8 | ACCOUNT NO.: 5147 |
| | CLAIM: 16,128.24 | |
| COLUMBUS, OH 43231 | COMMENT: REPO/DEFICIENCY | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:20   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:16 | ACCOUNT NO.: 7948 |
| PO BOX 7317 | | |
| | CLAIM: 186.89 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: GU BAR OK\*15, 17-18EST | |

CLAIM RECORDS

| LVNV FUNDING LLC | Trustee Claim Number:21   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:12 | ACCOUNT NO.: 3526 |
| PO BOX 10587 | | |
| | CLAIM:  19,316.83 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CROSS RIVER/BEST EGG | |

| MIDLAND FUNDING LLC | Trustee Claim Number:22   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O MIDLAND CREDIT MANAGEMENT INC - AGENC | Court Claim Number:6 | ACCOUNT NO.: 3404 |
| PO BOX 2011 | | |
| | CLAIM:  4,419.22 | |
| WARREN, MI  48090 | COMMENT:  X5167/SCH*CAP 1 | |

| NAVIENT CFC | Trustee Claim Number:23   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O NAVIENT SOLUTIONS INC | Court Claim Number:9 | ACCOUNT NO.: 7948 |
| PO BOX 9000 | | |
| | CLAIM:  18,201.93 | |
| WILKES-BARRE, PA  18773-9000 | COMMENT:  X0920/SC*NO$/SCH | |

| NAVIENT PC TRUST | Trustee Claim Number:24   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O NAVIENT SOLUTIONS INC | Court Claim Number:10 | ACCOUNT NO.: 7948 |
| PO BOX 9000 | | |
| | CLAIM:  16,522.40 | |
| WILKES-BARRE, PA  18773-9000 | COMMENT:  X0920/SCH*NO$/SCH | |

| NORTHWEST CONSUMER DISCOUNT CO** | Trustee Claim Number:25   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 100 LIBERTY ST | Court Claim Number: | ACCOUNT NO.: 0001 |
| PO BOX 337 | | |
| | CLAIM:  0.00 | |
| WARREN, PA  16365 | COMMENT:  NT ADR~NO$~NTC ONLY/SCH | |

| ONE MAIN FINANCIAL(*) | Trustee Claim Number:26   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.: 8809 |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT: | |

| PNC BANK NA | Trustee Claim Number:27   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 94982 | Court Claim Number:14 | ACCOUNT NO.: 8239 |
| | CLAIM:  25,422.14 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| PORTFOLIO RECOVERY ASSOCIATES LLC | Trustee Claim Number:28   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:7 | ACCOUNT NO.: 809A |
| | CLAIM:  11,830.35 | |
| NORFOLK, VA  23541 | COMMENT:  NO$/SCH*ONE MAIN | |

| QUANTUM3 GROUP LLC - AGENT MOMA FUNDIN | Trustee Claim Number:29   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:3 | ACCOUNT NO.: 5386 |
| PO BOX 2489 | | |
| | CLAIM:  1,385.05 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  SYNC/AMAZON | |

| RESURGENT CAPITAL SVCS | Trustee Claim Number:30   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 10587 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT ADR~NO$/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ROUNDPOINT MORTGAGE** | Trustee Claim Number:31   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5032 PARKWAY PLAZA BLVD | Court Claim Number: | ACCOUNT NO.: 4992 |
| STE 200 | | |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC 28217 | COMMENT: NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **SPRINGLEAF FINANCIAL SERVICES INC (\*)** | Trustee Claim Number:32   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.: 8809 |
| | CLAIM: 0.00 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:33   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 8728 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~HOME~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:34   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 5386 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~AMAZON/SCH | |

| | | |
|---|---|---|
| **TOYOTA MOTOR CREDIT CORPORATION** | Trustee Claim Number:35   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4700 | Court Claim Number: | ACCOUNT NO.: E993 |
| | CLAIM: 0.00 | |
| PHOENIX, AZ 85030 | COMMENT: NT ADR~NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:36   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 1123 | | |
| | CLAIM: 0.00 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **WEINSTEIN & RILEY PS\*\*** | Trustee Claim Number:37   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CHAPTER 13 NOTICING\* | Court Claim Number: | ACCOUNT NO.: |
| 749 GATEWAY STE G 601 | | |
| | CLAIM: 0.00 | |
| ABILENE, TX 79602 | COMMENT: NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **WELLS FARGO DEALER SERVICES** | Trustee Claim Number:38   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 51963 | Court Claim Number: | ACCOUNT NO.: 1794 |
| | CLAIM: 0.00 | |
| LOS ANGELES, CA 90051 | COMMENT: NT ADR~NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **ROBERTSON ANSCHUTZ SCHNEID ET AL** | Trustee Claim Number:39   INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 6409 CONGRESS AVE STE 100 | | |
| | CLAIM: 0.00 | |
| BOCA RATON, FL 33487 | COMMENT: | |

| | | |
|---|---|---|
| **ASHLEY FUNDING SVCS LLC** | Trustee Claim Number:40   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.: 2950 |
| POB 10587 | | |
| | CLAIM: 74.50 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH\*LAB CORP | |

**CLAIM RECORDS**

| NAVIENT CFC | Trustee Claim Number:41   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O NAVIENT SOLUTIONS INC | Court Claim Number:11 | ACCOUNT NO.: 7948 |
| PO BOX 9000 | | |
| | CLAIM: 22,019.19 | |
| WILKES-BARRE, PA 18773-9000 | COMMENT: SCH@CID 23 | |

| PA DEPARTMENT OF REVENUE* | Trustee Claim Number:42   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| BANKRUPTCY DIVISION | Court Claim Number:5 | ACCOUNT NO.: 7948 |
| PO BOX 280946 | | |
| | CLAIM: 1,202.11 | |
| HARRISBURG, PA 17128-0946 | COMMENT: GOV@UNSEC*NO GEN UNS/SCH*15,16 | |

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:43   INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
|---|---|---|
| C/O RUSHMORE SERVICING | Court Claim Number:15 | ACCOUNT NO.: 4531 |
| PO BOX 619094 | | |
| | CLAIM: 32,872.28 | |
| DALLAS, TX 75261-9741 | COMMENT: $/CL-PL*THRU 1/21*FR LOANCARE-DOC 53*FR CLS-DOC 73*FR RIGHTPATH-DOC 85 | |

| BROCK & SCOTT PLLC* | Trustee Claim Number:44   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 3825 FORRESTGATE DR | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| WINSTON SALEM, NC 27103 | COMMENT: LAKEVIEW LN/PRAE | |