Certificate Number: 05781-PAW-DE-040129262

Bankruptcy Case Number: 21-20122



05781-PAW-DE-040129262

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2025, at 11:22 o'clock AM PDT, Michael Lafisca completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  September 25, 2025             By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President