IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Michael J. Lafisca, | : | Chapter 13 |
| | : | |
| Movant | : | Bankruptcy No. 21-20122-CMB |
| _____ | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 104 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | December 3, 2025 at 1:30 PM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

# CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION
# FILED AT DOCKET NO. 104

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on November 6, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 24, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: November 25, 2025                                By: /s/ Lawrence Willis Esquire
                                                        Lawrence W Willis, Esquire
                                                        PA I.D. # 85299
                                                        Willis & Associates
                                                        201 Penn Center Blvd
                                                        Pittsburgh, PA 15235
                                                        Tel: 412.235.1721
                                                        Fax: 412.542.1704
                                                        lawrencew@urfreshstrt.com