**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHAEL J LAFISCA | Case No.:21-20122 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 27, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/22/2021 and confirmed on 7/13/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 253,511.56 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 253,511.56 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 9,437.64 | |
|    Trustee Fee | 12,815.23 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 22,252.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 140,903.50 | 0.00 | 140,903.50 |
|     Acct: 4531 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 32,872.28 | 32,872.28 | 0.00 | 32,872.28 |
|     Acct: 4531 | | | | |
|   CITIZENS BANK NA | 41,958.69 | 41,958.69 | 4,575.49 | 46,534.18 |
|     Acct: 7763 | | | | |
| | | | | 220,309.96 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J LAFISCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 5,437.64 | 5,437.64 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX6/25 | | | | |
|   INTERNAL REVENUE SERVICE* | 10,948.73 | 10,948.73 | 0.00 | 10,948.73 |
|     Acct: 7948 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7948 | | | | |
| | | | | 10,948.73 |
| **Unsecured** | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9875 | | | | |
|   ASCENDIUM EDUCATION SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7948 | | | | |
|   SYNCHRONY BANK | 1,682.34 | 0.00 | 0.00 | 0.00 |
|     Acct: 0138 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3404 | | | | |
|   CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1001 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6078 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6571 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1616 | | | | |
| | FINANCE OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0645 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7833 | | | | |
| | FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3202 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 16,128.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 5147 | | | | |
| | INTERNAL REVENUE SERVICE* | 186.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 7948 | | | | |
| | LVNV FUNDING LLC | 19,316.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 3526 | | | | |
| | MIDLAND FUNDING LLC | 4,419.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 3404 | | | | |
| | NAVIENT CFC | 18,201.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 7948 | | | | |
| | NAVIENT PC TRUST | 16,522.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 7948 | | | | |
| | NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8809 | | | | |
| | PNC BANK NA | 25,422.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 8239 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 11,830.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 809A | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 1,385.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 5386 | | | | |
| | RESURGENT CAPITAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROUNDPOINT MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4992 | | | | |
| | SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8809 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8728 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5386 | | | | |
| | TOYOTA MOTOR CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: E993 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WEINSTEIN & RILEY PS** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1794 | | | | |
| | ASHLEY FUNDING SVCS LLC | 74.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 2950 | | | | |
| | NAVIENT CFC | 22,019.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 7948 | | | | |
| | PA DEPARTMENT OF REVENUE* | 1,202.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 7948 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5386 | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | | | 231,258.69 |

TOTAL CLAIMED
PRIORITY        10,948.73
SECURED         74,830.97
UNSECURED      138,391.19

Date: 01/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL J LAFISCA

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:21-20122

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael J Lafisca  
    Debtor

Case No. 21-20122-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Jan 29, 2026      Form ID: pdf900      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J Lafisca, 400 Cedar Dr, Elizabeth, PA 15037-2164 |
| 15331667 | + | Finance Of America Mor, 300 Welsh Rd Bldg 5, Horsham, PA 19044-2250 |
| 15332692 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15331678 | + | Northwest Consumer Dis, 680 Pittsburgh Rd Ste 1, Uniontown, PA 15401-2277 |
| 15508700 | + | RightPath Servicing P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 30 2026 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:30:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332301 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 30 2026 00:18:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 15331660 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15338923 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:42 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331661 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 30 2026 00:30:49 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 15331662 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:30:39 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15332459 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2026 00:18:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15331665 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2026 00:18:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15331663 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 30 2026 00:31:06 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15331664 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2026 00:30:50 | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15331666 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:19:00 | Comenitycb/bluenile, Po Box 182120, Columbus, OH 43218-2120 |
| 15439236 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2026 00:18:00 | Community Loan Servicing, LLC, 4425 Ponce De |

Case 21-20122-CMB    Doc 118    Filed 01/31/26    Entered 02/01/26 00:29:27    Desc
Imaged Certificate of Notice    Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 53 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15331668 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2026 00:30:52 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15331669 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Fortiva/atlanticus, Pob 105555, Atlanta, GA 30348-5555 |
| 15331670 | + | Email/Text: bankruptcy@huntington.com | Jan 30 2026 00:19:00 | Huntington National Bank, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 15331672 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2026 00:19:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15331675 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:54 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15708737 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2026 00:18:00 | Lakeview Loan Servicing, LLC, Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15347341 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 30 2026 00:18:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15331674 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 30 2026 00:18:00 | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15331676 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2026 00:19:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 15334049 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2026 00:19:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15337907 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 30 2026 00:30:53 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15337908 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 30 2026 00:31:05 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15331677 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 30 2026 00:30:42 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15331679 | + | Email/PDF: cbp@omf.com | Jan 30 2026 00:31:01 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15331680 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2026 00:19:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15345583 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2026 00:18:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15331681 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2026 00:18:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15344549 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:30:53 | Portfolio Recovery, POB 12914, Norfolk, VA 23541 |
| 15335381 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:30:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15333212 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2026 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15331682 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2026 00:19:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15332704 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2026 00:19:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15344551 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:54 | Resurgent Capital Services, PO Box 19034, Greenville, SC 29602-9034 |

Case 21-20122-CMB　　Doc 118　　Filed 01/31/26　　Entered 02/01/26 00:29:27　　Desc
Imaged Certificate of Notice　　Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15344552 | + | Email/Text: RASEBN@raslg.com | Jan 30 2026 00:18:00 | Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15331683 | ^ | MEBN | Jan 30 2026 00:16:18 | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 15331684 |  | Email/PDF: cbp@omf.com | Jan 30 2026 00:30:36 | Springleaf Financial S, 710 Clairton Blvd Ste 1, Pleasant Hills, PA 15236 |
| 15333050 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:19:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15331685 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:42:19 | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 15331686 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:31:02 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15332055 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:30:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15335699 | + | Email/Text: bankruptcy@huntington.com | Jan 30 2026 00:19:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15331687 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 30 2026 00:19:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15344558 | + | Email/Text: BNCnotices@dcmservices.com | Jan 30 2026 00:19:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15344559 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:19:00 | WEINSTEIN,PINSON AND RILEY, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15331688 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jan 30 2026 00:30:50 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Community Loan Servicing, LLC |
| cr |  | Lakeview Loan Servicing, LLC |
| cr | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 BUTTONWOOD COURT, MADISON WI 53718-2156, address filed with court:, Ascendium Education Solutions, Inc, PO Box 8961, Madison, WI 53708 |
| 15344527 | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 BUTTONWOOD COURT, MADISON WI 53718-2156, address filed with court:, Ascendium Education Solutions, Inc, PO Box 8961, Madison, WI 53708 |
| 15344526 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15344528 | *+ | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 15344529 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15344532 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15344530 | *+ | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15344531 | *+ | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15344533 | *+ | Comenitycb/bluenile, Po Box 182120, Columbus, OH 43218-2120 |
| 15344534 | *+ | Finance Of America Mor, 300 Welsh Rd Bldg 5, Horsham, PA 19044-2250 |
| 15344535 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15344536 | *+ | Fortiva/atlanticus, Pob 105555, Atlanta, GA 30348-5555 |
| 15344537 | *+ | Huntington National Bank, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 15331673 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15344540 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15344539 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15331671 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 21-20122-CMB    Doc 118    Filed 01/31/26    Entered 02/01/26 00:29:27    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 53 |

| | | |
|---|---|---|
| 15344538 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15344542 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15338922 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15344541 | *+ | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15344543 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 15344544 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15344545 | *+ | Northwest Consumer Dis, 680 Pittsburgh Rd Ste 1, Uniontown, PA 15401-2277 |
| 15344546 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15344547 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15344548 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15344550 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15344553 | *+ | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 15344554 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, 710 Clairton Blvd Ste 1, Pleasant Hills, PA 15236 |
| 15344555 | *+ | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 15344556 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15344557 | *+ | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15344560 | *+ | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Andrew M. Lubin | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor Michael J Lafisca ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: Jan 29, 2026 Form ID: pdf900 Total Noticed: 53

cmecf@chapter13trusteewdpa.com

TOTAL: 9