| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **MICHAEL J LAFISCA** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 21-20122CMB |

## Official Form 410C13-N
## Trustee's Notice of Disbursements Made                                     12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:** LAKEVIEW LOAN SERVICING LLC

**Court claim no. (if known):** 15

**Last 4 digits** of any number you use to identify the debtor's account: 4 5 3 1

**Property Address:** 400 CEDAR DR
ELIZABETH, PA 15037

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 32,872.28 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 32,872.28 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 32,872.28 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:    $ 140,903.50

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>January 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date  02/02/2026

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH    PA    15219
City    State    ZIP Code

Contact phone  (412) 471-5566    Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | LAFISCA | | Case Number 21-20122CMB | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15 | LAKEVIEW LOAN SERVICING LLC | 12/22/2022 | 1254760 | Amounts Disbursed To Creditor | 779.93 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 01/26/2023 | 1257488 | Amounts Disbursed To Creditor | 3,164.14 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 04/25/2023 | 1265702 | Amounts Disbursed To Creditor | 242.56 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 05/25/2023 | 1268552 | Amounts Disbursed To Creditor | 847.30 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 06/26/2023 | 1271452 | Amounts Disbursed To Creditor | 2,770.33 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 07/25/2023 | 1274229 | Amounts Disbursed To Creditor | 801.76 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 08/25/2023 | 1276999 | Amounts Disbursed To Creditor | 801.76 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 09/26/2023 | 1279757 | Amounts Disbursed To Creditor | 801.76 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 10/25/2023 | 1282469 | Amounts Disbursed To Creditor | 801.76 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 11/27/2023 | 1285154 | Amounts Disbursed To Creditor | 2,747.56 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 01/26/2024 | 1290418 | Amounts Disbursed To Creditor | 1,503.62 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 02/26/2024 | 1293093 | Amounts Disbursed To Creditor | 768.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 03/26/2024 | 1295732 | Amounts Disbursed To Creditor | 768.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 04/25/2024 | 1298390 | Amounts Disbursed To Creditor | 768.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 05/29/2024 | 1301093 | Amounts Disbursed To Creditor | 2,714.58 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 06/26/2024 | 1303645 | Amounts Disbursed To Creditor | 768.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 07/25/2024 | 1306229 | Amounts Disbursed To Creditor | 768.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 08/26/2024 | 1308814 | Amounts Disbursed To Creditor | 768.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 09/25/2024 | 1311389 | Amounts Disbursed To Creditor | 768.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 10/25/2024 | 1313929 | Amounts Disbursed To Creditor | 768.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 11/25/2024 | 1316497 | Amounts Disbursed To Creditor | 2,714.58 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 01/28/2025 | 1321388 | Amounts Disbursed To Creditor | 1,490.57 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 02/25/2025 | 1323822 | Amounts Disbursed To Creditor | 1,018.23 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 03/26/2025 | 1326297 | Amounts Disbursed To Creditor | 1,018.23 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 04/25/2025 | 1328777 | Amounts Disbursed To Creditor | 1,018.23 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 05/23/2025 | 1331203 | Amounts Disbursed To Creditor | 901.04 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 06/25/2025 | 1333644 | Amounts Disbursed To Creditor | 584.10 |
| | | | | Total for Claim Number 15: | 32,872.28 |
| | | | | Total for Part 3 - b (Prepetition Arrears): | 32,872.28 |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15 | LAKEVIEW LOAN SERVICING LLC | 07/26/2021 | 1204255 | Amounts Disbursed To Creditor | 6,188.68 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 08/26/2021 | 1207378 | Amounts Disbursed To Creditor | 1,481.54 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 09/24/2021 | 1210499 | Amounts Disbursed To Creditor | 1,516.30 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 10/25/2021 | 1213576 | Amounts Disbursed To Creditor | 3,436.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 11/22/2021 | 1216615 | Amounts Disbursed To Creditor | 2,710.38 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 12/23/2021 | 1219673 | Amounts Disbursed To Creditor | 2,750.45 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 01/26/2022 | 1222745 | Amounts Disbursed To Creditor | 2,785.25 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 02/23/2022 | 1225639 | Amounts Disbursed To Creditor | 2,815.28 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 03/25/2022 | 1228585 | Amounts Disbursed To Creditor | 4,261.43 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 04/21/2022 | 1219673 | Cancelled Check To Creditor/Continuing De | -2,750.45 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 04/21/2022 | 1230080 | Prewritten Check To Creditor/Continuing De | 2,750.45 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 04/26/2022 | 1231607 | Amounts Disbursed To Creditor | 2,866.64 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 05/25/2022 | 1234640 | Amounts Disbursed To Creditor | 2,887.44 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 06/27/2022 | 1237665 | Amounts Disbursed To Creditor | 2,916.78 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 07/26/2022 | 1240618 | Amounts Disbursed To Creditor | 2,986.48 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 08/19/2022 | 1230080 | Cancelled Check To Creditor/Continuing De | -2,750.45 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 09/27/2022 | 1246384 | Amounts Disbursed To Creditor | 10,032.90 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 10/25/2022 | 1249213 | Amounts Disbursed To Creditor | 3,127.69 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 11/23/2022 | 1251990 | Amounts Disbursed To Creditor | 2,993.38 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 12/22/2022 | 1254760 | Amounts Disbursed To Creditor | 2,370.23 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 02/23/2023 | 1260117 | Amounts Disbursed To Creditor | 3,372.29 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 03/28/2023 | 1262880 | Amounts Disbursed To Creditor | 3,085.94 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 04/25/2023 | 1265702 | Amounts Disbursed To Creditor | 2,790.49 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 05/25/2023 | 1268552 | Amounts Disbursed To Creditor | 2,316.84 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 06/26/2023 | 1271452 | Amounts Disbursed To Creditor | 2,316.84 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 07/25/2023 | 1274229 | Amounts Disbursed To Creditor | 2,316.84 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 08/25/2023 | 1276999 | Amounts Disbursed To Creditor | 2,316.84 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 09/26/2023 | 1279757 | Amounts Disbursed To Creditor | 2,316.84 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 10/25/2023 | 1282469 | Amounts Disbursed To Creditor | 2,316.84 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 11/27/2023 | 1285154 | Amounts Disbursed To Creditor | 2,316.84 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 12/21/2023 | 1287747 | Amounts Disbursed To Creditor | 1,459.01 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 01/26/2024 | 1290418 | Amounts Disbursed To Creditor | 3,273.61 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 02/26/2024 | 1293093 | Amounts Disbursed To Creditor | 2,349.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 03/26/2024 | 1295732 | Amounts Disbursed To Creditor | 2,349.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 04/25/2024 | 1298390 | Amounts Disbursed To Creditor | 2,349.82 |

| Debtor 1 | **LAFISCA** | | Case Number **21-20122CMB** | Page 2 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15 | LAKEVIEW LOAN SERVICING LLC | 05/29/2024 | 1301093 | Amounts Disbursed To Creditor | 2,349.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 06/25/2024 | 1303645 | Amounts Disbursed To Creditor | 2,349.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 07/25/2024 | 1306229 | Amounts Disbursed To Creditor | 2,349.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 08/26/2024 | 1308814 | Amounts Disbursed To Creditor | 2,349.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 09/25/2024 | 1311389 | Amounts Disbursed To Creditor | 2,349.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 10/25/2024 | 1313929 | Amounts Disbursed To Creditor | 2,349.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 11/25/2024 | 1316497 | Amounts Disbursed To Creditor | 2,349.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 12/23/2024 | 1318909 | Amounts Disbursed To Creditor | 1,484.33 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 01/28/2025 | 1321388 | Amounts Disbursed To Creditor | 3,420.12 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 02/25/2025 | 1323822 | Amounts Disbursed To Creditor | 2,418.09 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 03/26/2025 | 1326297 | Amounts Disbursed To Creditor | 2,418.09 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 04/25/2025 | 1328777 | Amounts Disbursed To Creditor | 2,418.09 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 05/23/2025 | 1331203 | Amounts Disbursed To Creditor | 2,418.09 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 06/25/2025 | 1333644 | Amounts Disbursed To Creditor | 2,418.09 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 07/25/2025 | 1336120 | Amounts Disbursed To Creditor | 2,418.09 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 08/26/2025 | 1338543 | Amounts Disbursed To Creditor | 2,418.09 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 09/25/2025 | 1340948 | Amounts Disbursed To Creditor | 2,418.09 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 10/24/2025 | 1343425 | Amounts Disbursed To Creditor | 2,418.09 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 11/21/2025 | 1345732 | Amounts Disbursed To Creditor | 2,580.82 |
| 15 | LAKEVIEW LOAN SERVICING LLC | 12/23/2025 | 1348070 | Amounts Disbursed To Creditor | 2,580.82 |

Total for Claim Number 15:    140,903.50

**Total for Part 4 - a (Postpetition Payments):    140,903.50**

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHAEL J LAFISCA
400 CEDAR DR
ELIZABETH, PA  15037

LAWRENCE W WILLIS ESQ
WILLIS & ASSOCIATES
201 PENN CENTER BLVD STE 310
PITTSBURGH, PA  15235

MCCABE WEISBERG & CONWAY LLC
1420 WALNUT ST STE 1501
PHILADELPHIA, PA  19102

RUSHMORE SERVICING
PO BOX 619096
DALLAS, TX  75261-9741

LAKEVIEW LOAN SERVICING LLC
C/O RUSHMORE SERVICING
PO BOX 619094
DALLAS, TX  75261-9741

Dated: 02/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee