**Information to identify the case:**

Debtor 1    Michael J Lafisca

First Name    Middle Name    Last Name

Social Security number or ITIN   xxx–xx–7948

EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)

First Name    Middle Name    Last Name

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–20122–CMB

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J Lafisca
dba Bold Buck

3/17/26

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-20122-CMB

Michael J Lafisca                                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                   Page 1 of 5

Date Rcvd: Mar 17, 2026                       Form ID: 3180W                               Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J Lafisca, 400 Cedar Dr, Elizabeth, PA 15037-2164 |
| 15331667 | + | Finance Of America Mor, 300 Welsh Rd Bldg 5, Horsham, PA 19044-2250 |
| 15332692 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15331678 | + | Northwest Consumer Dis, 680 Pittsburgh Rd Ste 1, Uniontown, PA 15401-2277 |
| 15508700 | + | RightPath Servicing P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 18 2026 05:20:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Mar 18 2026 01:34:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Mar 18 2026 05:20:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332301 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 18 2026 01:33:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 15331660 | + | EDI: GMACFS.COM | Mar 18 2026 05:20:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15338923 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 01:37:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331661 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 18 2026 01:36:56 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 15331662 | | EDI: CAPITALONE.COM | Mar 18 2026 05:20:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15332459 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2026 01:33:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15331665 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2026 01:33:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15331663 | + | EDI: CAPONEAUTO.COM | Mar 18 2026 05:20:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15331664 | + | EDI: JPMORGANCHASE | Mar 18 2026 05:20:00 | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |

| | | | |
|---|---|---|---|
| 15331666 | + EDI: WFNNB.COM | Mar 18 2026 05:20:00 | Comenitycb/bluenile, Po Box 182120, Columbus, OH 43218-2120 |
| 15439236 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 18 2026 01:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15331668 | + EDI: AMINFOFP.COM | Mar 18 2026 05:20:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15331669 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 18 2026 01:33:00 | Fortiva/atlanticus, Pob 105555, Atlanta, GA 30348-5555 |
| 15331670 | + Email/Text: bankruptcy@huntington.com | Mar 18 2026 01:33:00 | Huntington National Bank, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 15331672 | EDI: IRS.COM | Mar 18 2026 05:20:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15331675 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 01:37:08 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15708737 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 18 2026 01:33:00 | Lakeview Loan Servicing, LLC, Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15347341 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 18 2026 01:33:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15331674 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 18 2026 01:33:00 | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15331676 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2026 01:33:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 15334049 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2026 01:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15337907 | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 18 2026 01:36:57 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15337908 | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 18 2026 01:36:57 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15331677 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 18 2026 01:37:07 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15331679 | + EDI: AGFINANCE.COM | Mar 18 2026 05:20:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15331680 | EDI: PENNDEPTREV | Mar 18 2026 05:20:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15345583 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2026 01:33:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15331681 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2026 01:33:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15344549 | EDI: PRA.COM | Mar 18 2026 05:20:00 | Portfolio Recovery, POB 12914, Norfolk, VA 23541 |
| 15335381 | EDI: PRA.COM | Mar 18 2026 05:20:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15333212 | + EDI: PENNDEPTREV | Mar 18 2026 05:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15331682 | EDI: Q3G.COM | Mar 18 2026 05:20:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15332704 | EDI: Q3G.COM | Mar 18 2026 05:20:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA |

District/off: 0315-2                          User: auto                          Page 3 of 5

Date Rcvd: Mar 17, 2026                       Form ID: 3180W                      Total Noticed: 54

|  |  |  |  |  | 98083-0788 |
|---|---|---|---|---|---|
| 15344551 | + | Email/PDF: resurgentbknotifications@resurgent.com | | Mar 18 2026 01:37:02 | Resurgent Capital Services, PO Box 19034, Greenville, SC 29602-9034 |
| 15344552 | + | Email/Text: RASEBN@raslg.com | | Mar 18 2026 01:33:00 | Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15331683 | ^ | MEBN | | Mar 18 2026 01:30:52 | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 15331684 | | EDI: AGFINANCE.COM | | Mar 18 2026 05:20:00 | Springleaf Financial S, 710 Clairton Blvd Ste 1, Pleasant Hills, PA 15236 |
| 15333050 | + | Email/Text: bncmail@w-legal.com | | Mar 18 2026 01:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15331685 | + | EDI: SYNC | | Mar 18 2026 05:20:00 | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 15331686 | + | EDI: SYNC | | Mar 18 2026 05:20:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15332055 | + | EDI: PRA.COM | | Mar 18 2026 05:20:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15335699 | + | Email/Text: bankruptcy@huntington.com | | Mar 18 2026 01:33:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15331687 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Mar 18 2026 01:33:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15344558 | + | Email/Text: BNCnotices@dcmservices.com | | Mar 18 2026 01:33:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15344559 | + | Email/Text: bncmail@w-legal.com | | Mar 18 2026 01:33:00 | WEINSTEIN,PINSON AND RILEY, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15331688 | + | EDI: WFAUTO | | Mar 18 2026 05:20:00 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 BUTTONWOOD COURT, MADISON WI 53718-2156, address filed with court:, Ascendium Education Solutions, Inc, PO Box 8961, Madison, WI 53708 |
| 15344527 | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 BUTTONWOOD COURT, MADISON WI 53718-2156, address filed with court:, Ascendium Education Solutions, Inc, PO Box 8961, Madison, WI 53708 |
| 15344526 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15344528 | *+ | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 15344529 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15344532 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15344530 | *+ | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15344531 | *+ | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15344533 | *+ | Comenitycb/bluenile, Po Box 182120, Columbus, OH 43218-2120 |
| 15344534 | *+ | Finance Of America Mor, 300 Welsh Rd Bldg 5, Horsham, PA 19044-2250 |
| 15344535 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15344536 | *+ | Fortiva/atlanticus, Pob 105555, Atlanta, GA 30348-5555 |

District/off: 0315-2                         User: auto                              Page 4 of 5
Date Rcvd: Mar 17, 2026                      Form ID: 3180W                          Total Noticed: 54

| | | |
|---|---|---|
| 15344537 | *+ | Huntington National Bank, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 15331673 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15344540 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15344539 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15331671 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15344538 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15344542 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15338922 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15344541 | *+ | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15344543 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 15344544 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15344545 | *+ | Northwest Consumer Dis, 680 Pittsburgh Rd Ste 1, Uniontown, PA 15401-2277 |
| 15344546 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15344547 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15344548 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15344550 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15344553 | *+ | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 15344554 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, 710 Clairton Blvd Ste 1, Pleasant Hills, PA 15236 |
| 15344555 | *+ | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 15344556 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15344557 | *+ | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15344560 | *+ | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 35 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Andrew M. Lubin | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Denise Carlon | |
| | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Lawrence Willis | |
| | on behalf of Debtor Michael J Lafisca ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | |

District/off: 0315-2                    User: auto                                    Page 5 of 5
Date Rcvd: Mar 17, 2026                 Form ID: 3180W                         Total Noticed: 54

on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 9