**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL J LAFISCA

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:21-20122 CMB

Document No.:

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/22/2021 and confirmed on 07/13/2021 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 253,511.56 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 253,511.56 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 9,437.64 | |
| Trustee Fee | 12,815.23 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 22,252.87 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 4531 | 0.00 | 140,903.50 | 0.00 | 140,903.50 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 4531 | 32,872.28 | 32,872.28 | 0.00 | 32,872.28 |
| CITIZENS BANK NA<br>Acct: 7763 | 41,958.69 | 41,958.69 | 4,575.49 | 46,534.18 |
| | | | | 220,309.96 |
| Priority | | | | |
| LAWRENCE W WILLIS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL J LAFISCA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIS & ASSOCIATES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ<br>Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX6/25 | 5,437.64 | 5,437.64 | 0.00 | 0.00 |

**TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**



| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| INTERNAL REVENUE SERVICE* | 8,690.29 | 8,690.29 | 0.00 | 8,690.29 |
| Acct: 7948 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7948 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 2,258.44 | 2,258.44 | 0.00 | 2,258.44 |
| Acct: XXXXXXXXXXXXXXXXXXXXVICE | | | | |
| | | | | 10,948.73 |
| Unsecured | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9875 | | | | |
| ASCENDIUM EDUCATION SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7948 | | | | |
| SYNCHRONY BANK | 1,682.34 | 0.00 | 0.00 | 0.00 |
| Acct: 0138 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3404 | | | | |
| CAPITAL ONE AUTO FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6078 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6571 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1616 | | | | |
| FINANCE OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0645 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7833 | | | | |
| FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3202 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 16,128.24 | 0.00 | 0.00 | 0.00 |
| Acct: 5147 | | | | |
| INTERNAL REVENUE SERVICE* | 186.89 | 0.00 | 0.00 | 0.00 |
| Acct: 7948 | | | | |
| LVNV FUNDING LLC | 19,316.83 | 0.00 | 0.00 | 0.00 |
| Acct: 3526 | | | | |
| MIDLAND FUNDING LLC | 4,419.22 | 0.00 | 0.00 | 0.00 |
| Acct: 3404 | | | | |
| NAVIENT CFC | 18,201.93 | 0.00 | 0.00 | 0.00 |
| Acct: 7948 | | | | |
| NAVIENT PC TRUST | 16,522.40 | 0.00 | 0.00 | 0.00 |
| Acct: 7948 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8809 | | | | |
| PNC BANK NA | 25,422.14 | 0.00 | 0.00 | 0.00 |
| Acct: 8239 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 11,830.35 | 0.00 | 0.00 | 0.00 |
| Acct: 809A | | | | |
| QUANTUM3 GROUP LLC - AGENT MOMA I | 1,385.05 | 0.00 | 0.00 | 0.00 |
| Acct: 5386 | | | | |
| RESURGENT CAPITAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROUNDPOINT MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4992 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8809 | | | | |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8728 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5386 | | | | |
| TOYOTA MOTOR CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: E993 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEINSTEIN & RILEY PS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1794 | | | | |
| ASHLEY FUNDING SVCS LLC | 74.50 | 0.00 | 0.00 | 0.00 |
| Acct: 2950 | | | | |
| NAVIENT CFC | 22,019.19 | 0.00 | 0.00 | 0.00 |
| Acct: 7948 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,202.11 | 0.00 | 0.00 | 0.00 |
| Acct: 7948 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5386 | | | | |
| MCCABE FORMERLY MCCABE WEISBER( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 231,258.69

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 10,948.73 |
| SECURED | 74,830.97 |
| UNSECURED | 138.391.19 |

Date: 09/21/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com